IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 5:10-CV-00387-H

| | |
|---|---|
| IN RE: $22,420.00 IN U.S. CURRENCY SEIZED FROM DELOISE COPELAND WRIGHT AND JAMES OTIS WRIGHT HELD BY THE DRUG ENFORCEMENT ADMINISTRATION | |
| DELOISE COPELAND WRIGHT AND JAMES OTIS WRIGHT, Plaintiffs/Claimants, v. UNITED STATES OF AMERICA, UNITED STATES DEPARTMENT OF JUSTICE, AND THE UNITED STATES DEPARMENT OF JUSTICE, DRUG ENFORCEMENT ADMINISTRATION, Defendants. | **ORDER** |

This matter is before the Court on Plaintiff/Claimants' Motion to Issue New Summons [DE-6].

FOR GOOD CAUSE SHOWN, the Motion is hereby GRANTED and the time for serving the summons and complaint is extended through and including April 1, 2011.

The Clerk is directed to issue new summons to the Defendants in this action.

This 10th day of February, 2011.

David W. Daniel
United States Magistrate Judge

Case 5:10-cv-00387-H   Document 7   Filed 02/10/11   Page 1 of 1